**JUDGE HOLWELL**

07 CV 6502

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE LEVIN GROUP, L.P.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOWATER INCORPORATED,<br><br>　　　　　Defendant. | Civil Action No. 07-<br><br>**RULE 7.1 STATEMENT**  |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bowater Incorporated (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

1. Bowater Canada Inc. is a publicly-held affiliate of Bowater Incorporated.

2. A merger has been proposed between Bowater Incorporated and Abitibi-Consolidated Inc. The merger is subject to shareholder approval.

Dated: New York, New York
　　　　July 18, 2007

　　　　　　　　　　　　　　　MAYER, BROWN, ROWE & MAW LLP

　　　　　　　　　　　　　　　By: _/s/ Andrew H. Schapiro_
　　　　　　　　　　　　　　　Andrew H. Schapiro
　　　　　　　　　　　　　　　1675 Broadway
　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　(212) 506-3500

　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　*Bowater Incorporated*