UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE LEVIN GROUP, L.P.,<br><br>               Plaintiff,<br><br>    v.<br><br>BOWATER INCORPORATED,<br><br>               Defendant. | **Civil Action No. 07-CV6502(RJH)**<br>**(Gorenstein, M.J.)**<br><br>NOTICE OF<br>**MOTION TO TRANSFER**<br><br>ECF Case |

      PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Motion to Transfer and the Declaration of Andrew H. Schapiro that accompanies this Notice, Defendant Bowater Incorporated, by undersigned counsel, will move the Court at 500 Pearl Street, Room 14D for an order transferring this action to the United States District Court for the District of South Carolina pursuant to 28 U.S.C. § 1404.

Dated: July 19, 2007

                                                    Respectfully submitted,

                                                    /s/ Andrew H. Schapiro
                                                  Andrew H. Schapiro
                                                  MAYER, BROWN, ROWE & MAW LLP
                                                  1675 Broadway
                                                  New York, New York 10019
                                                  (212) 506-2500

                                                  *Attorneys for Defendant*
                                                  *Bowater Incorporated*

2

To:  Guy Petrillo
 DECHERT LLP
 30 Rockefeller Plaza
 New York, New York 10112
 *Attorneys for Plaintiff*
 *The Levin Group, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 19, 2007.

/s/ Andrew H. Schapiro
Andrew H. Schapiro