UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE LEVIN GROUP, L.P.,<br><br>               Plaintiff,<br><br>v.<br><br>BOWATER INCORPORATED,<br><br>               Defendant. | **Civil Action No. 07-CV6502(RJH)**<br>**(Gorenstein, M.J.)**<br><br>**ECF Case**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                               )SS.:
COUNTY OF NEW YORK  )

Christopher J. Houpt deposes and says that:

1.     I am employed by the firm of Mayer, Brown, Rowe & Maw LLP, attorneys for Defendant Bowater Incorporated.

2.     On July 18, 2007, I served a true copy of Defendant's Notice of Removal by overnight mail on the following:

> Guy Petrillo
> DECHERT LLP
> 30 Rockefeller Plaza
> New York, New York 10112

by depositing a true and correct copy properly enclosed in postpaid wrappers into the custody of UPS, which is an overnight delivery service, for next-business day delivery, prior to the latest time designated by UPS for next-business day service.

Sworn to before me on this
19th day of July, 2007

_____
Notary Public

_____
Christopher J. Houpt

JOHN A. MARSALA
Notary Public, State of New York
No. 01MA4746064
Qualified in New York County
Commission Expires April 30, 20__