*HULWECC 5.*

RECEIVED JUL 31
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
THE LEVIN GROUP, L.P.,

                 Plaintiff,

     v.

BOWATER, INC.,

                 Defendant.
------------------------------------------------- X

Case No. 07 CV 6502 (RJH)

## STIPULATION AND CONSENT ORDER

This Stipulation and Consent Order is entered into this 26th day of July, 2007, by and among Plaintiff The Levin Group, L.P. and Defendant Bowater, Inc.

WHEREAS, the General Partner of The Levin Group, L.P. is Levin Group, Inc.; and

WHEREAS, Levin Group, Inc. is a Delaware corporation; and

WHEREAS, Bowater, Inc. is a Delaware Corporation;

NOW, THEREFORE, it is hereby AGREED by the parties and ORDERED by the Court that:

1.     This Court lacks subject matter jurisdiction over the instant action because Plaintiff and Defendant are both citizens of Delaware and diversity jurisdiction, under 28 U.S.C. § 1332, is accordingly absent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07
```

2. This case is remanded to the Supreme Court of the State of New York, New York County.

DECHERT LLP

By: /s/ Guy Petrillo
Guy Petrillo
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500

*Counsel for Plaintiff The Levin Group, L.P.*

MAYER, BROWN, ROWE & MAW LLP

By: /s/ Christopher J. Houpt
Christopher J. Houpt
1675 Broadway
New York, New York 10019
(212) 506-3500

*Counsel for Defendant Bowater, Inc.*

So Ordered:

/s/ Richard J. Holwell
Hon. Richard J. Holwell, U.S.D.J.
Dated: 8/7/07

2